GEORGE  B.  ROGERS  *vs.*  THOMAS  KELLEY  &  COMPANY.

Androscoggin  County.   Decided  October  21,  1915.   This  is  an  action  to  recover  damages  for  injuries  alleged  to  have  been  received  through  the  negligence  of  the  defendant  while  working  in  defendants'  mill  at  Lewiston,  on  March  9,  1914.   The  defendant  pleaded  the  general  issue.   The  jury  returned  a  verdict  for  the  plaintiff  for  $2250.00,  and  the  defendant  filed  a  motion  for  a  new  trial.  Motion  sustained.   *McGillicuddy  &  Morey,*  for  plaintiff.   *Newell  &  Skelton,*  for  defendant.

MORRIS  SACKNOFF  *vs.*  ALBERT  DINGLEY.

Cumberland  County.   Decided  November  8,  1915.   Action  to  recover  for  rent.   A  verdict  of  $32.50  was  returned.   The  case  comes  to  this  court  on  a  bill  of  exceptions  by  the  defendant  presenting  nineteen  separate  excerpts  from  the  charge  of  the  presiding  Justice  as  erroneous  instructions.   The  evidence  and  the  charge  to  the  jury  are  made  a  part  of  the  exceptions,   It  will  serve  no  useful  purpose  to  make  here  an  extended  comment  on  each  of  the  numerous  instructions  complained  of.   We  have  examined  them  with  care  and  find  no  merit  in  any  of  them.   And  it  is  further to  be  said  that  the  evidence  amply  justifies  the  verdict.   Exceptions  overruled.   *M.  L.  Pinansky,*  for  plaintiff.   *D.  A.  Meaher,*  for  defendant.